UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STEVEN M. LANGLEY,
   Plaintiff,

      vs.                              No. 03-1272

ILLINOIS DEPARTMENT
OF CORRECTIONS, et al.,
   Defendants.

### ORDER

      The plaintiff, Steven Langley, a state prisoner, has brought this civil rights action pursuant to 42 U.S.C. § 1983.  On June 2, 2004, Magistrate Judge David G. Bernthal ordered the plaintiff to submit an initial partial filing fee of $ 1.65 by June 30, 2004 or his the case would be dismissed.  On September 7, 2004, the clerk of the court mailed a copy of the docket sheet to the plaintiff.  The docket sheet contained Judge Bernthal's order directing the plaintiff to submit the partial fee by June 30, 2004.  It is well past June 30, 2004.  Although forewarned of the consequences, the plaintiff has failed to submit the initial partial filing fee and he has not requested a waiver of the payment.

**IT IS THEREFORE ORDERED:**

1.     **The plaintiff's petition for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is denied, d/e 1.**
2.     **Pursuant to Fed. R. Civ. P. Rule 41(b), this case is dismissed in its entirety, without prejudice, for failure to comply with the court's June 30, 2004 order and failure to litigate.  The case is terminated.**
3.     **The plaintiff must still pay the full docketing fee of $150.00 even though his case has been dismissed.  The agency having custody of the plaintiff is directed to remit the docketing fee of $150.00 from the plaintiff's prison trust fund account if such funds are available.  If the plaintiff does not have $150.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory fee of $150.00 is paid in its entirety.  The filing fee collected shall not exceed the statutory filing fee of $150.00.**
4.     **The plaintiff is ordered to notify the clerk of the court of a change of address and phone number within seven days of such change.**

5.  The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.

Entered this 2nd day of December 2005.

                s\Harold A. Baker
            _____
                  **HAROLD A. BAKER**
             **UNITED STATES DISTRICT JUDGE**